**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel.** | : | |
| **INTERNATIONAL BROTHERHOOD** | : | |
| **OF ELECTRICAL WORKERS,** | : | **CIVIL ACTION** |
| **LOCAL UNION NO.  98** | : | |
| **Plaintiffs** | : | |
| | : | **No. 09-4230** |
| **v.** | : | |
| | : | |
| **THE FARFIELD COMPANY,** | : | |
| **Defendant** | : | |

## O R D E R

    **AND NOW**, this 2nd day of July, 2013, upon consideration of the Defendant The

Farfield Company's Motion to Dismiss (Doc. No. 35), and all Responses and Replies

thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

                                     BY THE COURT:


                                     /s/LAWRENCE F. STENGEL
                                     LAWRENCE F. STENGEL, J.