IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. : | |
| INTERNATIONAL BROTHERHOOD : | |
| OF ELECTRICAL WORKERS, : | CIVIL ACTION |
| LOCAL UNION NO. 98 : | |
| Plaintiffs : | |
| : | No. 09-4230 |
| v. : | |
| : | |
| THE FARFIELD COMPANY, : | |
| Defendant : | |

# O R D E R

**AND NOW**, this 2nd day of July, 2013, upon consideration of the Defendant The Farfield Company's Motion to Dismiss (Doc. No. 35), and all Responses and Replies thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.