IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 98,<br><br>Relators/Plaintiffs,<br><br>v.<br><br>THE FARFIELD COMPANY<br><br>Defendant. | Civil Action No. 09-cv-4230-LS |

### ORDER

Upon Plaintiff/Relator's Motion to Compel Defendant, The Farfield Company ("Farfield") to cooperate with discovery and the response thereto it is hereby ORDERED as follows:

1. Within ten (10) _____ days of this order, Farfield and its agents, shall produce:

    (a) full, complete, and unredacted responses to Plaintiff/Relator's Requests to Produce Documents 3.03-3.05, 3.10, 3.11, 3.13, 3.14, 3.16, 3.18, 3.19, 3.21-3.24, 3.26-3.30, 3.32, 3.36-3.39; and

    (b) full and complete responses to Plaintiff/Relator's Interrogatory Requests 3.03-3.08, 3.10, 3.11, 3.13.

Date: _____     BY:_____
                                                    Honorable   Lawrence F. Stengel
                                                    United States District Judge

431778.2.doc