## CERTIFICATE OF SERVICE

I state under penalty of perjury that I caused a copy of the foregoing Motion To Compel Defendant to Cooperate in Discovery and supporting Memorandum of Law to be delivered via electronic mail through the CM/ECF system and/or first class mail, postage pre-paid on the date and to the addresses listed below:

> Susan R. Friedman
> Stevens & Lee
> 51 South Duke Street
> Lancaster, PA  17602
>
> Zachary R. Davis
> Stevens & Lee
> 1818 Market Street, 29th Floor
> Philadelphia, PA  19103
>
> *Attorneys for The Farfield Company*
>
> Allison Cendali
> U.S. Department of Justice
> Post Office Box 261
> Ben Franklin Station
> Washington, D.C.  200

> s/ Marc L. Gelman
> MARC L. GELMAN

Dated: October 5, 2015

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING VIA THE CM/ECF SYSTEM.**

581636_1.doc
EL98.29579