# <u>Missing Farfield Documents</u>

The following are the dates that are missing for each type of document.

## <u>Certified Payroll</u>

    **5001 (Girard)** – 9/25/2000 to 7/21/2002
        *gaps / missing date ranges:*
        *none*

    **5002 (PATCO)** –2/5/2001 to 9/8/2002
        *gaps / missing date ranges:*
        *none*

    **5004 (Wayne Junction)** – 8/5/2002 to 3/23/2007
        *gaps / missing date ranges:*
        *9/1/2002 – 9/8/2002*
        *9/22/2002 – 9/29/2002*

    **5005 (Smart Station, P1)** –9/18/2006 to 12/9/2010
        *gaps / missing date ranges:*
        *5/24/2009 – 12/9/2010 (or end of project)*

    **9535 (Smart Station, P2)** –9/22/2008 to 5/15/2011
        *gaps / missing date ranges:*
        *9/22/2008 to 1/23/2011*
        *5/16/2011 to end of project*

## <u>Daily Foremen Reports (2003 to 2008)</u>

    **5001 (Girard)** – 9/25/2000 to 7/21/2002
        *gaps / missing date ranges:*
        *none*

    **5002 (PATCO)** – 2/5/2001 to 9/8/2002
        *gaps / missing date ranges:*
        *none*

    **5004 (Wayne Junction)** – 8/5/2002 to 3/23/2007
        *gaps / missing date ranges:*
        *3/25/2006 – 3/23/2007*

    **5005 (Smart Station, P1)** – 9/18/2006 to 12/9/2010
        *gaps / missing date ranges:*
        *9/18/2006 – 12/10/2006*
        *2/7/2009 – 5/24/2009*

    **9535 (Smart Station, P2)** –9/22/08 to 5/15/2011
        *gaps / missing date ranges:*
        *10/7/2010 – 5/15/2011*



EXHIBIT

A

ALL-STATE LEGAL®

**Phase Code Time Sheets**

 **5001 (Girard Ave)** –9/25/2000 to 7/21/2002

  *gaps / missing date ranges:*

   *9/25/2000 – 5/7/2001*

   *3/3/2002 – 7/21/2002*

 **5002 (PATCO)** – 2/5/2001 to 9/8/2002

  *gaps / missing date ranges:*

   *2/5/2001 – 5/7/2001*

   *3/3/2002 – 7/29/2002*

   *8/4/2002 – 9/8/2002*

 **5004 (Wayne Junction)** –8/5/2002 to 3/23/2007

  *gaps / missing date ranges:*

   *7/21/03 – 7/27/03*

   *8/2/04 – 8/8/04*

   *11/1/05 – 11/13/05*

   *1/16/06 – 1/22/06*

 **5005 (Smart Station, P1)** – 9/18/2006 to 12/9/2010

  *gaps / missing date ranges:*

   *12/24/2007 - 12/30/2007*

 **9535 (Smart Station, P2)** –9/22/08 to 5/15/2011

  *gaps / missing date ranges:*

   *12/29/2008 – 1/25/2009*

   *12/28/2009 – 2/27/2010*

   *11/1/10 - 11/14/10*

**Wayne Junction - 4 Week Look Ahead Schedule (Weekly)**

Missing:

 2002: 8/5, 8/12, 9/16, 10/14, 10/28, 11/11, 11/25

 2003: 2/24, 5/12, 5/26, 10/13, 12/1

 2004: 1/5, 1/26, 2/23, 3/8, 3/22, 4/5, 6/28

 2005: 1/10, 4/4, 5/2, 6/6, 6/13, 6/27, 7/4, 7/25, 8/22, 9/5, 10/10, 10/24, 12/12, 12/26

 2006: 1/30, 2/13, 4/3, 4/17, 5/15, 7/31, 9/4, 9/18, 10/16, 10/30, 11/13, 11/27, 12/11, 12/25

# SSWPs

Missing:

| | | | |
|---|---|---|---|
| 11 through 15 | 75 | 127 | 167 through 168 |
| 17 | 77 through 82 | 129 through 134 | 170 |
| 23 through 28 | 87 | 138 through 140 | 175 through 177 |
| 31 through 34 | 93 through 94 | 142 through 145 | 180 through 183 |
| 44 through 49 | 97 through 98 | 147 | 186 through 191 |
| 51 through 53 | 102 through 108 | 153 | 193 |
| 61 | 110 through 111 | 155 | |
| 65 through 68 | 115 | 157 through 159 | |
| 70 | 117 through 120 | 161 through 163 | |