## The Farfield Company
312 E. Meadow Valley Road, Lititz, Pennsylvania 17543-0387  (717) 626-4781

class    G
base     $16.00
rate     $23.36

### Brandon Tankesley
Job Classification:     Groundman        Division 5

| EMP. #: 017610 | | | PERIOD ENDING: 08/08/04 | | | | SUPERVISOR: JPM | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JOB # | PHASE | JOB CLASS | WEEKLY TOTALS | OVERTIME TOTALS | VACATION HOLIDAY | RATE | MON 08/02 | TUE 08/03 | WED 08/04 | THU 08/05 | FRI 08/06 | SAT 08/07 | SUN 08/08 | OFF SITE |
| 5004 | 17 025 000 | | | ▓▓▓▓ | 0 | $16.00 | | | | | | | | | Vac / Hol |
| 5004 | 16 070 001 | G | | | | $16.00 | | | | | | | | X | Training |
| 5004 | 16 085 000 | G | | | | $16.00 | | | | | | | | X | Mat Hand.Offsite |
| 5004 | 16 085 000 | G | | | | $23.36 | | | | | | | | | Mat. Hand. Onsite |
| 5004 | 16 070 001 | G | 10 | | | $23.36 | | | | | | 10 | | | Safety/Watchman |
| 5004 | 16 076 001 | G | | | | $23.36 | | | | | | | | | Subcont. Monitoring |
| 5004 | 05 500 000 | G | | | | $23.36 | | | | | | | | | Anchor Bolt Repair |
| 5004 | 03 360 226 | G | | | | $23.36 | | | | | | | | | Enc. 10-5 thru 10-14A |
| 5004 | 03 360 238 | G | | | | $23.36 | | | | | | | | | Enc. 10-16 thru 10-25T |
| 5004 | 05 500 238 | G | | | | $23.36 | | | | | | | | | Steel 10-16 thru 10-26 |
| 5004 | 05 500 273 | G | | | | $23.36 | | | | | | | | | Steel 12-6 thru 12-9 |
| 5004 | 16 124 510 | G | | | | $23.36 | | | | | | | | | IJ & Track Bonds |
| 5004 | 16 410 513 | G | | | | $23.36 | | | | | | | | | Trench at NX |
| 5004 | 16 105 511 | G | | | | $23.36 | | | | | | | | | Conduit Case 56 |
| 5004 | 16 105 513 | G | | | | $23.36 | | | | | | | | | Conduit at NX |
| 5004 | 16 105 524 | G | | | | $23.36 | | | | | | | | | Conduit case 114 |
| 5004 | 16 105 523 | G | | | | $23.36 | | | | | | | | | Conduit at Jenk |
| 5004 | 16 105 522 | G | | | | $23.36 | | | | | | | | | Conduit at Jenk So. |
| 5004 | 16 105 521 | G | | | | $23.36 | | | | | | | | | Conduit Signal 100-101 |
| 5004 | 16 527 000 | G | | | | $23.36 | | | | | | | | | Foundations |
| 5004 | 16 413 243 | G | | | | $23.36 | | | | | | | | | DB 205/206 - Jenk Twr |
| 5004 | 16 301 440 | G | 30 | | | $23.36 | | | 10 | 10 | 10 | | | | 5kv cable 162 - 205 |
| 5004 | 16 413 125 | G | | | | $23.36 | | | | | | | | | Conduit 118-119 Broad |
| 5004 | 16 413 126 | G | | | | $23.36 | | | | | | | | | Conduit 119-120 Broad |
| 5004 | 16 301 450 | G | | | | $23.36 | | | | | | | | | 5kv cable 176 - 205 |
| 5004 | 16 902 240 | G | | | | $23.36 | | | | | | | | | CO Jenk Sig Cable |
| | 16 301 440 | G | | 2.5 | | $33.03 | | | 1.5 | 0.5 | 0.5 | | | | |

WEEKLY TOTALS    40    2.5        APPROVED: JPM

VACATION TOTALS

HOLIDAY TOTALS

EMPLOYEE SIGNATURE: _____

EXHIBIT B