AFFIDAVIT OF BRUCE P. MERENSTEIN

TENDERED PURSUANT TO FED. R. CIV. P. 53

STATE OF PENNSYLVANIA     )
                          ) ss.     **AFFIDAVIT**
COUNTY OF PHILADELPHIA    )

Bruce P. Merenstein, being duly sworn according to law, states the following:

I am an attorney at law, duly licensed to practice law in the Commonwealth of Pennsylvania.

I have thoroughly familiarized myself with the issues involved in the matter captioned *USA ex rel. International Brotherhood of Electrical Workers v. Fairfield Co.*, No. 5:09-cv-04230-LS (E.D. Pa.). As a result of my knowledge of that case, I can attest and affirm that there are no known grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as the Special Discovery Master in the captioned matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
BRUCE P. MERENSTEIN

Sworn to before me and

Subscribed in my presence

this 4 day of November, 2015.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Susan P. Rose, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires July 11, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES