IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel.<br>INTERNATIONAL BROTHERHOOD<br>OF ELECTRICAL WORKERS,<br>LOCAL UNION NO. 98<br><br>Relators/Plaintiffs,<br><br>v.<br><br>THE FARFIELD COMPANY.,<br>Defendant. | CIVIL ACTION<br><br>No. 09-4230 |

**FILED**
MAR 28 2016
MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

## O R D E R

AND NOW, this 24th day of March, 2016, upon consideration of the Plaintiffs' Motion to Modify Scheduling Order (Doc. No. 122), any response thereto, and for good cause shown, it is hereby **ORDERED** that said Motion is **GRANTED**. All depositions in this matter shall be completed on or before **October 8, 2016. No further extensions of time shall be granted.**

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.