IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 98,<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>THE FARFIELD COMPANY,<br>　　　　Defendant. | CIVIL ACTION<br><br>No. 09-4230 |

# O R D E R

**AND NOW,** this 26th day of September, 2017, upon consideration of the plaintiff's memorandum of law on the issue of non-scientific expert testimony (Doc. No. 137), the defendant's response (Doc. No. 138), and the plaintiff's reply (Doc. No. 141),

**IT IS HEREBY ORDERED:**

　　1.　This matter shall be **REFERRED** to the Department of Labor concerning the issue of complex worker classifications and wage determinations pursuant to the Davis-Bacon Act, 40 U.S.C. §267(a) *et seq.*;

　　2.　The case is **STAYED** pending the outcome of the Department of Labor's findings; and

　　3.　The Clerk of Court is directed to place this matter in **SUSPENSE** and mark this case **CLOSED** for statistical purposes. This court shall retain jurisdiction, and the case will be restored to the trial docket, if necessary, when the action is in a status so that

it may proceed to final disposition. This Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.