## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *ex rel* | : | **CIVIL ACTION** |
| **INTERNATIONAL BROTHERHOOD** | : | |
| **OF ELECTRICAL WORKERS LOCAL** | : | |
| **UNION NO. 98** | : | |
| | : | |
| **v.** | : | **NO. 5:09-4230** |
| | : | |
| **THE FAIRFIELD COMPANY** | : | |

## ORDER

**AND NOW**, this 2nd day of May 2019, upon considering Defendant's renewed Motion to dismiss (ECF Doc. No. 162), Plaintiff's Opposition (ECF Doc. No. 165), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.    Defendant's renewed Motion to dismiss (ECF Doc. No. 162) is **DENIED**; and,

2.    We will hold a telephonic trial scheduling conference on **Monday, May 20, 2019** at **8:45 A.M.**  Plaintiff's counsel shall initiate this call and timely call Chambers at 267-299-7680 when all counsel are on the line.

_____
**KEARNEY, J.**