# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 98 | : : : : : | CIVIL ACTION |
| v. | : : | NO. 09-4230 |
| THE FARFIELD COMPANY | : : | |

## ORDER

**AND NOW**, this 26th day of August 2019, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 182), Plaintiff's Response (ECF Doc. No. 184), Defendant's Reply (ECF Doc. No. 185), Defendant's Response to Plaintiff's Statement of Additional Facts precluding summary judgment (ECF Doc. No. 188), following oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 182) is **DENIED**.

KEARNEY, J.