IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 98 | : CIVIL ACTION :  :  :  : |
| v. | : NO. 09-4230 |
| THE FARFIELD COMPANY | : : |

## ORDER

**AND NOW**, this 5th day of February 2020, upon extensive study of the Special Master's Report and Recommendation (ECF Doc. No. 214) including 220 Findings of Fact based solely on our review of the transcribed record and 39 Conclusions of Law *de novo* entered with the parties' consent after evaluating the credibility of witnesses and exhibits adduced during eight days of hearings, considering the Defendant's Objections (ECF Doc. No. 215), the Plaintiff's Response (ECF Doc. No. 216), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **OVERRULE** the Defendant's Objections (ECF Doc. No. 215) to the Report and Recommendation (ECF Doc. No. 214) and, consistent with the accompanying Memorandum, **ADOPT** the Special Master's Findings of Fact and Conclusions of Law;

2. Defendant The Farfield Company is liable, under 31 U.S.C. § 3729, to pay $1,055,320.62 allocated as $316,596.19 awarded to the Plaintiff-Relator and $738,724.43 awarded to the United States;

3. On or before **February 19, 2020**, Plaintiff may move for an award of reasonable expenses, attorney's fees, and costs under 31 U.S.C. § 3730(d)(2) compliant with our Policies and including supporting comparator reasonableness affidavits with a response due no later than **March 4, 2020**; and,

4. We defer entry of Judgment until an award, if any, of reasonable expenses, attorney's fees, and costs.

_____
KEARNEY, J.