IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel* | : | CIVIL ACTION |
| INTERNATIONAL BROTHERHOOD | : | |
| OF ELECTRICAL WORKERS LOCAL | : | |
| UNION NO. 98 | : | |
| | : | |
| v. | : | NO. 09-4230 |
| | : | |
| THE FARFIELD COMPANY | : | |

## ORDER

**AND NOW**, this 10th day of April 2020, consistent with our February 5, 2020 Order (ECF Doc. No. 234), upon considering the Relator's Motion for reasonable attorney's fees and expenses (ECF Doc. No. 235), Plaintiff's Notice of supplemental requested fees (ECF Doc. No. 238), Defendant's Response in Opposition (ECF Doc. No. 239), the Relator's Reply (ECF Doc. No. 242), and for reasons in the accompanying Memorandum, it is **ORDERED** Relator's Motion (ECF Doc. No. 235) is **GRANTED in part** to award the Relator $1,229,927.55 in reasonable attorney's fees and $203,226.45 in reasonable costs to be incorporated in today's Judgment.

_____
**KEARNEY, J.**