IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 98 | : : : : : | CIVIL ACTION |
| v. | : : | NO. 5:09-4230 |
| THE FARFIELD COMPANY | : | |

# JUDGMENT

**AND NOW**, this 10th day of April 2020, consistent with our February 5, 2020 Order (ECF Doc. No. 234) and today's Order (ECF Doc. No. 244) partially granting Plaintiff's Motion for reasonable attorney's fees and costs, it is **ORDERED**:

1. We enter **JUDGMENT** in favor of the United States of America, *ex rel* International Brotherhood of Electrical Workers Local Union No. 98 and against The Farfield Company in the amount of **$ 2,488,474.62** comprised of $1,055,320.62 in compensatory damages under 31 U.S.C. § 3729 as allocated under our February 5, 2020 Order (ECF Doc. No. 234), reasonable attorney's fees of $ 1,229,927.55, and reasonable costs of $ 203,226.45; and,

2. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**