# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 98 | : : : : : | CIVIL ACTION |
| v. | : : | NO. 09-4230 |
| THE FARFIELD COMPANY | : | |

## ORDER

**AND NOW**, this 19th day of August 2021, upon reviewing Plaintiff's Motion for supplemental attorney's fees in defense of appeal (ECF Doc. No. 251) mindful of Third Circuit Local Appellate Rule 108.1 requiring all applications for an award of attorney's fees relating to matters in the court of appeals to be filed with the court of appeals unless it referred under Rule 108.2, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 251) is **DENIED** without prejudice to proceed under the Rule 108.1 of the United States Court of Appeals for the Third Circuit.

**KEARNEY, J.**